UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                No. 12-CR-20267

-vs-                             Hon. NANCY G. EDMUNDS

D-1 LOUISA THOMPSON
D-2 CHECAROL ROBINSON

        Defendants.
_____/

### GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order unsealing the Indictment and the Arrest Warrant in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and the Arrest Warrant be unsealed because the defendants have been arrested and are entitled to receive a copy of the Indictment and Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

/s/ Gejaa T. Gobena

GEJAA T. GOBENA
Assistant Chief
Criminal Division, Fraud Section
United States Department of Justice
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
Phone: (202) 550-2879
Email: Gejaa.Gobena@usdoj.gov

Date: May 2, 2012

**IT IS SO ORDERED.**

HONORABLE MARK A. RANDON
United States Magistrate Judge

Entered: 5/2/12